# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

IN RE:        **MURYUM KHALID**
              **CHRISTOPHER LOBOSCO**

## ORDER OF TEMPORARY ADMISSION

PER CURIAM

The Court, having been advised that **Muryum Khalid** and **Christopher LoBosco**, law students at **Boston University School of Law,** have met the requirements as stated in Local Rule 83.5.4, Student Law Practice.  The Court hereby allows the above named law students to proceed under the supervision of Attorney Mary C. Connaughton, BBO#547353 in civil matter *Moussaif v. Paul Revere Transportation, Docket No. 19-cv-11134-IT* in the Federal Court for the District of Massachusetts until such time as **Muryum Khalid** and **Christopher LoBosco** graduate from their study of law at Boston University Civil Litigation Program.

DATED:_____10\18\19_____         BY:_____
                                        Patti B. Saris
                                        Chief Judge